UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN KUSHNER, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | No. 2:16-cv-0045 |
| | : | |
| JOSEPH TERRA *et al.*, | : | |
| | : | |
| Respondents. | : | |

# **O R D E R**

**AND NOW**, this 2nd day of August, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Kushner's objections, ECF Nos. 44-45, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 40, is **ADOPTED**;

3. The petition for writ of habeas corpus is **DENIED** and **DISMISSED**:

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge